# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 03-27-GF-BMM-6 |
| Plaintiff, | |
| vs. | **ORDER** |
| CANTRELL, *et. al.* | |
| Defendant. | |

Defendant Angela Danielle Walker has moved under 18 U.S.C. § 3583(e)(1) for an early discharge from supervised release. The Government does not oppose the motion. (Doc. 583 at 1.) Defendant's probation officer does not object to Defendant's discharge from supervised release. *Id.* at 2-3. The Court conducted a hearing on the motion on January 17, 2017.

Defendant was sentenced on December 12, 2003, to 165 months of custody followed by 5 years of supervised release. (Doc. 314.) Defendant began supervised release on July 17, 2014. (Doc. 538 at 2.) The record reflects that Defendant has complied with all of the conditions of her supervised release. *Id.* at 3. The factors in 18 U.S.C. § 3553 support an early discharge of supervised release.

Accordingly, IT IS ORDERED:

1. Defendant's Motion for Early Discharge from Supervised Release (Doc. 583) is GRANTED.

2. Defendant is DISCHARGED from supervised release.

DATED this 18th day of January, 2017.

*Brian Morris*
Brian Morris
United States District Court Judge